1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 LEVI STRAUSS & CO.,                        Case No. C 12-00293 NC

12                    Plaintiff,              **PLAINTIFF LEVI STRAUSS & CO.'S
                                              REQUEST TO CONTINUE CASE
13             v.                             MANAGEMENT CONFERENCE AND
                                              CASE MANAGEMENT DATES;**
14 THE WET SEAL, INC.,                        ~~[PROPOSED]~~ **ORDER** AS MODIFIED

15                    Defendant.              **CMC Date:    May 2, 2012
                                              CMC Time:    10:00 a.m.**
16

17

18         Levi Strauss & Co. ("LS&Co.") filed its complaint on January 19, 2012.  Because counsel for

19 both parties continue to discuss the possibility of settlement in lieu of pursuing litigation, LS&Co.

20 has not yet served the complaint.  The deadline for service of the complaint is May 18, 2012,

21 pursuant to Federal Rule of Civil Procedure 4(m).

22         In light of the fact that the complaint has not been served, and to facilitate ongoing,

23 productive settlement discussions, LS&Co. respectfully requests that the following deadlines be

24 continued as indicated below, or as the Court finds convenient.  LS&Co. requests to continue the

25 deadlines to file an ADR Certification signed by parties and counsel and to file either Stipulation to

26 ADR Process or Notice of Need for ADR Phone Conference for eight weeks until June 6, 2012.

27 LS&Co. further requests to continue the deadline to file a Rule 26(f) Report and Case Management

28 Statement for eight weeks until June 20, 2012.  Finally,  LS&Co. requests to continue the Initial

1   Case Management Conference, currently set for May 2, 2012, at 10:00 A.M., for eight weeks until

2   June 27, 2012.

3          A summary of the proposed schedule follows:

4

5   **Event**                                                **Proposed Schedule**

6   Last day to file ADR Certification signed
    by Parties and Counsel                                    6/6/2012
7

8   Last day to file either Stipulation to ADR Process or     6/6/2012
    Notice of Need for ADR Phone Conference

9   Last day to file Rule 26(f) Report, complete initial      6/20/2012
    disclosures or state objections in Rule 26(f) Report,
10  and file Case Management Statement

                                                                      2:00 PM
11  Initial Case Management Conference                        6/27/2012, ~~10:00 AM~~

12

13

14  DATED:  April 19, 2012             Respectfully submitted,

15                                     KILPATRICK TOWNSEND & STOCKTON LLP

16                                     By:   /s/ Gia Cincone
                                             Gia Cincone
17                                           Attorneys for Plaintiff
                                             LEVI STRAUSS & CO.
18

19

20  IT IS SO ORDERED.

21

22

23  DATED:  April 19, 2012

24                                     Hon. Nathanael Cousins

25

26

27

28