KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>             Plaintiff,<br><br>        v.<br><br>THE WET SEAL, INC.,<br><br>             Defendant. | Case No. C 12-00293 NC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SERVICE OF COMPLAINT** |

Plaintiff Levi Strauss & Co. ("LS&Co.") and defendant The Wet Seal, Inc. hereby stipulate that LS&Co. may have until June 15, 2012, to serve the complaint in this action.

DATED:  May 15, 2012          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:  /s/ Gia Cincone
     Gia Cincone
     Attorneys for Plaintiff
     LEVI STRAUSS & CO.

BRYAN CAVE LLP

By:  /s/ Marcy J. Bergman
     Marcy J. Bergman
     Attorneys for Defendant
     THE WET SEAL, INC.

IT IS SO ORDERED.


DATED: _____        _____
                                     Hon. Nathanael Cousins